UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 55265
  MARSHA NEFF COTTE
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-7877

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/14/05 and confirmed on 01/20/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  53187.68 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | CURRENT MORTG | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12914.84 | .00 | 6720.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10149.16 | .00 | 5281.35 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3469.32 | .00 | 1805.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3862.37 | .00 | 2009.87 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2674.64 | .00 | 1391.81 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9536.21 | .00 | 4962.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13124.35 | .00 | 6829.56 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5187.80 | .00 | 2699.59 |
| DISCOVER BANK | UNSECURED | 8725.67 | .00 | 4540.60 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 4905.77 | .00 | 2552.83 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14192.91 | .00 | 7385.61 |
| FIA CARD SERVICES | UNSECURED | 426.70 | .00 | 222.04 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2391.62 | .00 | 1244.53 |

                 Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 91561.36 | .00 | 91561.36 |
| PRINCIPAL PAID | .00 | .00 | 47646.05 | .00 | 47646.05 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 47646.05 | .00 | 47646.05 |

The Debtor's attorney, MARK J STAUBER              , was allowed $  2150.00
and was paid $   762.00  direct and $  1388.00  through the plan.

The Trustee received $  2565.95 .

Refunds to the Debtor totaled $  1587.68 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability
in this case.

Dated: 11/12/08                     /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

                            PAGE   2
        CASE NO. 05 B 55265 MARSHA NEFF COTTE